Commonwealth of Pennsylvania, Department of Transportation, Bureau of Traffic Safety, Appellant *v.* Giuliano Verna, Appellee.

Argued October 7, 1977, before Judges ROGERS and BLATT, sitting as a panel of two.

*John L. Heaton*, Assistant Attorney General, with him *Robert W. Cunliffe*, Deputy Attorney General, and *Robert P. Kane*, Attorney General, for appellant.

*Joseph N. Bongiovanni, III*, for appellee.

PER CURIAM, November 9, 1977:

The action of the Court of Common Pleas of Montgomery County sustaining the appeal of Giuliano

Verna is affirmed on the Opinion of President Judge RICHARD S. LOWE, reported at 102 Montg. L.R. 96 (1976).

## ORDER

AND Now, this 9th day of November, 1977, the order of the Court of Common Pleas of Montgomery County made October 6, 1976 is affirmed.